IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>PABLO LATORRES, )<br>JOSE LATORRES, )<br>  )<br>Defendants. ) | I N D I C T M E N T<br><br>CASE NO. 1:19 CR 758<br><br>Title 21, United States Code,<br>Sections 841(a)(1), (b)(1)(A),<br>and 846 |

GENERAL ALLEGATIONS

**JUDGE BARKER**

1. Before Defendant PABLO LATORRES committed the offenses charged in this Indictment, PABLO LATORRES had a final conviction for the following serious drug felonies for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of each of the instant offenses charged in this Indictment:

   a. Illegal Manufacture of Drugs, Ohio Revised Code § 2925.04(A), Felony of the Second Degree, in the Ashtabula County Court of Common Pleas, 2004-CR-00257, on or about January 21, 2005;

   b. Aggravated Trafficking in Drugs, Ohio Revised Code § 2925.03(A), Felony of the Second Degree, in the Ashtabula County Court of Common Pleas, 2015-CR-00109, on or about April 22, 2016;

    c.    Aggravated Trafficking in Drugs, Ohio Revised Code § 2925.03(A), Felony of the Fifth Degree, in the Ashtabula County Court of Common Pleas, 2013-CR-00370, on or about May 9, 2016.

    2.    Before Defendant JOSE LATORRES committed the offenses charged in this Indictment, JOSE LATORRES had a final conviction for the following serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of each of the instant offenses charged in this Indictment:

    a.    Illegal Assembly or Possession of Chemicals, Ohio Revised Code § 2925.041(A), Felony of the Third Degree, in the Lake County Court of Common Pleas, 2015-CR-000846-1 on May 4, 2016.

COUNT 1
(Conspiracy to Possess with Intent to Distribute Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

    3.    On or about September 20, 2019 to on or about October 6, 2019, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants PABLO LATORRES and JOSE LATORRES did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

4. On or about October 6, 2019, in the Northern District of Ohio, Eastern Division, Defendant JOSE LATORRES did knowingly and intentionally possess with the intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 3
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

5. On or about October 6, 2019, in the Northern District of Ohio, Eastern Division, Defendant PABLO LATORRES did knowingly and intentionally possess with the intent to distribute more than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

FORFEITURE

The Grand Jury further charges:

6. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 3 are hereby re-alleged and incorporated herein by reference. As a result of the foregoing offenses, Defendants PABLO LATORRES and JOSE LATORRES shall forfeit to the United States any and all property constituting or derived from any proceeds they obtained, directly or indirectly, as a result of the said violations; and, any and

all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.